and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

REPUBLIC CHEMICAL CORPORATION, Appellant, v. INTERCONTINENTAL STEAMSHIP LINES, INC., et al., Defendants, and BANKERS COMMERCIAL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RENDA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of KARL F. LANDEGGER and PARSONS & WHITTEMORE, INC., for an order vacating Subpœnas Duces Tecum in an Arbitration Proceeding between ELI DE VRIES, Appellant, and PARSONS & WHITTEMORE, INC., Respondent.— Order unanimously modified by reinstating all of the subpœnas duces tecum, and eliminating Item "3" from the subpœnas dated November 14, 1944, and Item "4" from the subpœnas dated November 28, 1944, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

REGINA C. SIMMS, Appellant, v. HERBERT L. SIMMS, Respondent.— Order so far as appealed from unanimously modified by granting item 5 of the notice of motion. Defendant, however, is not required to produce upon the examination a copy of his Federal or State income tax returns for any of the years in question. As so modified the order appealed from is affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GENEVIEVE COREY, Respondent-Appellant, v. GEORGE H. COREY, Appellant-Respondent.— Order unanimously modified by reducing the counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GEORGE L. BIRNBAUM, Appellant, against ESTHER BROMLEY et al., as Members of the Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WALTER READE, Appellant, v. RICHARD M. HUBER et al., as Trustees under the Will of FRANK V. STORRS, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LILLIAN P. W. PACKER, as Executrix of GRACE R. PABST, Deceased, Respondent, v. MAURICE RAPOPORT et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. Bill of particulars to be served within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of HYMAN TELLES, Appellant, for an Order Reinstating Him as a Member and as Vice-President of the Homler Progressive Society, Inc. HOMLER PROGRESSIVE SOCIETY, INC., et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 773.]

JOSEPH GOULD, Appellant, v. STEPHEN. P. SULLIVAN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The

date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH GOULD, Respondent, v. STEPHEN P. SULLIVAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLCOX AND GIBBS SEWING MACHINE COMPANY v. ARCADE MALLEABLE IRON COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 684.]

ROBERT I. BUCHHOLZ v. UNITED STATES FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 49.]

HERMAN WALLMAN v. NATHAN WOLFSON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 689.]

THE PEOPLE OF THE STATE OF NEW YORK EX REL. DUO BUILDING CORPORATION; KLEE CORPORATION, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York. MILTON M. GETTINGER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 683.]

MARY C. CROCETTI v. RENATO LEONARDI et al.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 663.]

MORRIS H. WEBER, as Administrator of the Estate of SYLVIA REGGES, Deceased, v. STERN BROTHERS.— Motion granted and the appeal set down for reargument on April 24, 1945. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 661.]

IRVING FINKELSTEIN, as Trustee in Bankruptcy of LOUIS WINOKUR, v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 662.]

In the Matter of QUEENS-NASSAU TRANSIT LINES, INC., against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 680.]

(April 16, 1945.)

In the Matter of the Final Accounting of HARRY RODWIN et al., Successor Trustees to the President and Directors of the Manhattan Company, as Trustee under a Deed of Trust. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, HARRY RODWIN et al., as Successor Trustees, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, Respondent, as a Trustee under the Will of CHARLES C. NADAL, Deceased. MARGARET W. RIENZO, Appellant; FIFTH AVENUE BANK OF NEW YORK et al., as Executors of MARY W. NADAL, Deceased, et al., Respondents.— Decree so